LF 028
(Rev. 10//03/2022)

## PRISONER CIVIL RIGHTS COMPLAINT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV - 7 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Erica D. dAquono (Inmate No. 162331)

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Georgia DHS; Fulton
County, GA; Child
Advocates (CASA) and DFCS

(Enter above the full name of the defendant(s).)

1 :22 -CV- 4449

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the Court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and the
last four digits of a financial account number.

---

I.   **Previous Lawsuits**

A.   Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes ( ✓ )      No ( )

B.   If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using
the same outline. Even if you do not know all of the information regarding a
particular lawsuit, please include the information you do know to assist the Court in
identifying your prior lawsuits.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   numerous

1

LF 028
(Rev. 10/03/2022)

Defendant(s): numerous

2. Court (name the district):
numerous

3. Docket Number: numerous

4. Name of judge to whom case was assigned: numerous

5. Did the previous case involve the same facts?

Yes ( ✓ )   No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
numerous

7. Approximate date of filing lawsuit: numerous

8. Approximate date of disposition: numerous

## II.   Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A.   Place of Present Confinement:   Potter County Jail (Amarillo, TX)

B.   Is there a prisoner grievance procedure in this institution?

Yes ( ✓ )   No ( )

C.   Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )   No ( ✓ )

D.   If your answer is YES:
1.   What steps did you take and what were the results?   N/A

LF 028
(Rev. 10/03/2022)

_____
_____
_____
_____

2.   If your answer is NO, explain why not:   This suit is unrelated

_____
_____

## III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff:   ERICA D. HAYWOOD
_Inmate No. 162331_
_Potter County Jail_
_13100 NE 29th; Amarillo, TX; 79111_

Address(es):   See previous info/contact
_____
_____

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s):   Georgia DHS; Fulton County, GA;
Child Advocates (CASA; and DFCS

Employed as   Government entities regarding
Placement of children

at   Georgia

## IV.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

(   ) Federal official (a *Bivens* claim)
( ✔ ) State or local officials (a § 1983 claim)

3

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S.C.A. 14, 4, and 1.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

## V. Prisoner Status
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
(✓) Other *(explain)*   person confined and parent

## VI. Statement of Claim
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) Child was taken and placed in State care unlawfully and without proper grounds;
2) Child was placed in care of numerous abusers and left unattended;
3) Mother and visitation staff were mostly the persons whom helped child while in placements;
4) Courts refused to allow any "3 therapists for families, Child advocates, mediation, arbitration and/ or placement with grandmother.
5) Child was severely abused in DFCS care and placed in very distressing homes per order of Fulton County, GA juvenile court.

LF 028
(Rev. 10/03/2022)

**VII.   Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Child was injured, abused, misused, etc and placed in numerous unsafe homes; medical treatment was given to child, mom got counseling discrimination due to plaintiff being non-binary, refugee-status, with disparities.

**VIII.   Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite no cases or statutes.  If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

Parent (mother) petitioner is requesting relief for her minor child, herself, and her affected relatives for problems and abuses and slander, libel, etc and hereby requests: emancipation of her minor child (S.C.H.), monetary payment in the amount of $12 billion American dollars, and imprisonment of abusive foster care persons excluding most recent kinship care persons.

Petitioner requests counseling and volunteer service work ordered for most recent kinship care persons.
Petitioner also seeks exoneration and court ordered family visits, and counseling.

LF 028
(Rev. 10/03/2022)

Signed this ___24th___ day of ___October___ , 20 _22_ .

Signature of Plaintiff

**STATE OF** ___Texas___
**COUNTY (CITY) OF** ___Potter (Amarillo)___

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** ___10-24-2022___
(Date)

Signature of Plaintiff

6